

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-23-00380-CV

LUBBOCK COUNTY, APPELLANT

V.

OSCAR REYNA, APPELLEE

On Appeal from the 99th District Court
Lubbock County, Texas
Trial Court No. DC-2022-CV-0485, Honorable J. Phillip Hays, Presiding

October 25, 2023

## ORDER OF ABATEMENT AND REMAND

Before QUINN, C.J. and PARKER and DOSS, JJ.

Appellant, Lubbock County, appeals from the trial court's *Order Granting Plaintiff's Motion for Judgment*. The order was signed by the trial court but does not bear the signature date. *See* TEX. R. CIV. P. 306a(2). Without this date, we are unable to determine whether Lubbock County's notice of appeal was timely filed. *See* TEX. R. APP. P. 26.1. Accordingly, we abate this appeal and remand the cause to the trial court for entry of a judgment nunc pro tunc reflecting the original date the trial court signed the *Order Granting Plaintiff's Motion for Judgment*. The trial court shall cause the judgment

nunc pro tunc to be included in a clerk's record filed with the Clerk of this Court by November 27, 2023.

It is so ordered.

Per Curiam